394 A.2d 1290

William J. LANDY, Appellant,

v.

SHARON STEEL CORPORATION and Manufacturers
Hanover Trust Company.

Superior Court of Pennsylvania.

Argued Oct. 26, 1978.

Decided Nov. 29, 1978.

P. Raymond Bartholomew, Sharon, for appellant.

David Goodwin, Sharon, for appellee, Sharon Steel Corp.

Before VAN der VOORT, SPAETH and MONTGOMERY,
JJ.

PER CURIAM:

The order of the lower court granting appellees' petition to refer the dispute to arbitration is affirmed with the following modification: the case is remanded so that, pursuant to the Act of April 25, 1927 P.L. 381, No. 248, § 4, 5 P.S. § 164, the lower court may appoint a board of arbitrators, who shall hear the dispute.